JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS and Cross-Defendants | DEFENDANTS and Cross-Complainants |
|---|---|
| Andima Property, LLC, and others | Laura-Elizabeth: Fox ©, a.r.r., :Laura-Aleta-Elizabeth: Fox ©, a.r.r., anf :Edward-Leopold: Novak ©, a.r.r. |

**(b)** County of Residence of First Listed Plaintiff  San Francisco County, California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Francisco County, California
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  P. Kurt Peterson Karl F.J. Runft, at Peterson Martin & Reynolds, LLP, 985 Moraga Road, Suite 210, Lafayette, California 94549  415-849-2930

Attorneys *(If Known)*  Self-Standing

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1 U.S. Government Plaintiff

✔ 3 Federal Question *(U.S. Government Not a Party)*

2 U.S. Government Defendant

4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | ✔ 1 | Incorporated *or* Principal Place of Business In This State | ✔ 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| | 350 Motor Vehicle | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 791 Employee Retirement Income Security Act | | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | | **IMMIGRATION** | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 196 Franchise | | 462 Naturalization Application | 862 Black Lung (923) | 890 Other Statutory Actions |
| | **CIVIL RIGHTS** | 465 Other Immigration Actions | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | 440 Other Civil Rights | | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | 896 Arbitration |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | **HABEAS CORPUS** | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | ✔ 445 Amer. w/Disabilities–Employment | 463 Alien Detainee | 871 IRS–Third Party 26 USC § 7609 | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 446 Amer. w/Disabilities--Other | 510 Motions to Vacate Sentence | | |
| 290 All Other Real Property | 448 Education | 530 General | | |
| | | 535 Death Penalty | | |
| | | **OTHER** | | |
| | | 540 Mandamus & Other | | |
| | | 550 Civil Rights | | |
| | | 555 Prison Condition | | |
| | | 560 Civil Detainee– Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1 Original Proceeding    ✔ 2 Removed from State Court    3 Remanded from Appellate Court    4 Reinstated or Reopened    5 Transferred from Another District *(specify)*    6 Multidistrict Litigation–Transfer    8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Americans with Disabilities Act of 1990
Brief description of cause:
Violation of the Americans with Disabilities Act of 1990 and about 30 other causes of action.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ According to Proof

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ✔ Yes    No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

(Place an "X" in One Box Only)    ✔ SAN FRANCISCO/OAKLAND    SAN JOSE    EUREKA-MCKINLEYVILLE

Signatures of the Defendants and Cross-Complainants  *:Edward-Leopold: Novak.*

DATE  November 12, 2024.    ~~SIGNATURE OF ATTORNEY OF RECORD~~  *Elizabeth Fox*

*Laura E. Fox*