Clear Form

FILED

NOV 13 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Andina Property, LLC

                Plaintiff,

vs.

Laura Fox

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. **CV24 7931 TSH**

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

**See the proposed payment schedule on page 4.**

I, _____Laura Aleta Elizabeth Fox_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?            Yes ____  No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2.　　Have you received, within the past twelve (12) months, any money from any of the following sources:

|   |   |   |   |
|---|---|---|---|
| a. | Business, Profession or self employment? | Yes ___ | No ✔ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✔ |
| c. | Rent payments? | Yes ___ | No ✔ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✔ |
| e. | Federal or State welfare payments, Social Security or other govern-ment source? | Yes ✔ | No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Social Security $1,230.00 _____

_____

3.　　Are you married?　　　　　　　　　Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.　　a.　　List amount you contribute to your spouse's support:$ _____

　　　　b.　　List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes ____ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes ____ No ✔ (Do not include account numbers.)

Name(s) and address(es) of bank: Citibank, Post and Kearny Streets, San Francisco, California

_____

Present balance(s): $ 430.00 _____

Do you own any cash?  Yes ✔ No ____ Amount: $ 30.00 _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)          Yes ____ No ✔

_____

8.      What are your monthly expenses?

Rent: $ 340.00 _____ Utilities: 90.00 _____

Food: $ 420.00 _____ Clothing: 70.00 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _____ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

November 13, 2024 _____     *Laura Aleta Elizabeth Fox*

DATE                                            SIGNATURE OF APPLICANT

**Laura Elizabeth Fox, Laura Aleta Elizabeth Fox, and Edward Leopold Novak respectfully request that the Honorable Court grant us the payment schedule with $105.00 today, $100.00 on December 13, 2024, $100.00 on January 13, 2025, and $100.00 on February 13, 2025.**

- 4 -